```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 10-09190-MDF
David A. Heckert                                                Chapter 13
Brenda J. Heckert
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DDunbar     Page 1 of 1     Date Rcvd: Jul 12, 2016
                       Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2016.
db/jdb        +David A. Heckert,    Brenda J. Heckert,    291 Leib Road,    Mechanicsburg, PA 17055-9796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2016 at the address(es) listed below:
           Bass and Associates PC    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
           Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
           Charles J. DeHart, III (Trustee)     dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
           John Matthew Hyams    on behalf of Debtor David A. Heckert jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com,jsa@johnhyamslaw.com
           John Matthew Hyams    on behalf of Joint Debtor Brenda J. Heckert jmh@johnhyamslaw.com,
           jak@johnhyamslaw.com,jsa@johnhyamslaw.com
           Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David A. Heckert
291 Leib Road
Mechanicsburg, PA 17055

Brenda J. Heckert
291 Leib Road
Mechanicsburg, PA 17055

Chapter 13
Case No. 1:10−bk−09190−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−3148
xxx−xx−1846

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 12, 2016

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk